UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

WILLIAM LORD MERRILL,

    Defendant.

    MAGISTRATE BINDER

    Case No: 12-MJ-30701

_____/

DANIEL R. O'NEIL (P33881)
Attorney for Defendant
300 South University
Mt. Pleasant, MI 48858
(989) 773-1114

ROY R. KRANZ
Assistant U.S. Attorney
101 First Street
Sutie 200
Bay City, MI 48708
(989) 895-5712

_____

## APPEARANCE

    NOW COMES Daniel R. O'Neil, Attorney for Defendant, and hereby enters his Appearance on behalf of Defendant, WILLIAM LORD MERRILL, in the above-entitled matter.

Dated: December 4, 2012.

Respectfully submitted,

*/s/ Daniel R. O'Neil*

DANIEL R. O'NEIL (P33881)
Attorney for Defendant
300 South University
Mt. Pleasant, MI 48858
(989) 773-1114