UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.

WILLIAM LORD MERRILL,

        Defendant.

Case No. 12-MJ-30701
Magistrate Binder

Roy R. Kranz (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712

Daniel R. O'Neil (P33881)
Attorney for Defendant
300 South University
Mt. Pleasant, MI 48858
(989) 773-1114

Frank Harrison Reynolds (P29917)
Foster, Swift, Collins & Smith, P.C.
Co-counsel for Defendant
313 S. Washington Square
Lansing, MI 48933
(517) 371-8244
freynolds@fosterswift.com

## APPEARANCE

NOW COMES Frank Harrison Reynolds of the law firm, Foster, Swift, Collins & Smith, P.C. and hereby enters his Appearance as co-counsel on behalf of Defendant, William Lord Merrill in the above matter.

Respectfully submitted,
FOSTER, SWIFT, COLLINS & SMITH, P.C.

Dated: December 11, 2012

By: _____
Frank Harrison Reynolds (P29917)
313 S. Washington Square
Lansing, Michigan 48933
(517) 371-8244